IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ELIAS ENRIQUE GONZALEZ ARAUJO, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| V. | § | No. 3:26-cv-892-G-BN |
| | § | |
| WARDEN OF THE PRAIRIELAND | § | |
| DETENTION CENTER, et al., | § | |
| | § | |
| Respondents. | § | |

## ORDER REQUIRING SERVICE AND SETTING BRIEFING SCHEDULE

Petitioner Harjinder Singh, with the assistance of counsel, filed this habeas action under 28 U.S.C. § 2241 on March 11, 2026, challenging his continued detention by Immigrations and Customs Enforcement and the Department of Homeland Security. *See* Dkt. No. 1.

Senior United States District Judge A. Joe Fish referred the petition to the undersigned United States magistrate judge for pretrial management under 28 U.S.C. § 636(b) and a standing order of reference. *See* Dkt. No. 7.

The undersigned has reviewed the filings in this case and has determined that service and an expedited response from the United States Attorney's Office is required.

The Court therefore requests that the Clerk of Court electronically serve a copy of this order, together with a copy of the petition and its attachments, if any, on the United States Attorney for the Northern District of Texas.

- 2 -

The United States Attorney's Office, on behalf of Respondents, must file, by **April 24, 2026**, an answer, motion, or other response to the petition (the "Response").

And Petitioner may submit a reply brief to the Response by **May 11, 2026**. Any reply filed must be limited to the arguments raised in the Response and shall not include any new allegations of fact or new grounds for relief.

SO ORDERED.

DATED: March 25, 2026

_____

DAVID L. HORAN
UNITED STATES MAGISTRATE JUDGE

- 2 -