IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ELIAS ENRIQUE GONZALEZ ARAUJO, | ) | |
| | ) | |
| Petitioner, | ) | CIVIL ACTION NO. |
| VS. | ) | |
| | ) | 3:26-CV-0892-G-BN |
| WARDEN OF THE PRAIRIELAND DETENTION CENTER, ET AL., | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings and conclusions in this case recommending that the court should dismiss this action for lack of subject matter jurisdiction. *See* docket entry 16. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED**.

October 14, 2026.

A. Joe Fish

**A. JOE FISH**
**Senior United States District Judge**